**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 10-CR-00086-CMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. GORDON TURNER ,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Defendant has complied with the conditions for release on bond as specified in the Order Setting Conditions of Release entered on March 1, 2010, therefore;

      **IT IS HEREBY ORDERED** that the Defendant shall immediately be released from custody.

      **IT IS FURTHER ORDERED** that the Defendant upon his release shall immediately report to the Pretrial Services Officer at 103 Sheppard Drive, Room 202, Durango, Colorado 81303.

**DATED: March 4, 2010**

                                    **BY THE COURT:**

                                    **s/David L. West**
                                    **United States Magistrate Judge**