# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 10-cr-00086-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GORDON TURNER,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING
## AND VACATE TRIAL DATES

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 16), a Change of Plea hearing is set for **May 7, 2010 at 10:00 a.m.** in Courtroom 235 of the United States District Court located at 103 Sheppard Drive, Durango, Colorado. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on April 30, 2010**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that the Final Trial Preparation Conference currently set for April 23, 2010 and the three-day jury trial set to commence on May 3, 2010 are VACATED.

DATED: March  25 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge