IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00086-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GORDON TURNER,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      This matter is before the Court *sua sponte*. Due to a change in this Court's docket, Defendant Gordon Turner's Change of Plea Hearing on May 7, 2010 has been changed as to the time. It is

      ORDERED that the Change of Plea Hearing in this matter, scheduled for May 7, 2010 at 10:00 a.m., is RESET to May 7, 2010 **at 8:15 a.m.**, in Durango, Colorado.

      DATED: April 21, 2010