IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00086-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GORDON TURNER,

    Defendant.

---

### ORDER EXTENDING VOLUNTARY SURRENDER

---

This matter is before the Court on the report of the probation office. On the 17th day of December, 2010, Defendant was sentenced to 24 months custody of the Bureau of Prisons and was scheduled to voluntarily surrender to the institution designated by the Bureau of Prisons on January 24, 2011.

Recent information from the Bureau of Prisons reflect that Defendant had to be screened due to his medical issues, which would delay the designation process. It is therefore,

ORDERED that Defendant's voluntary surrender date be extended until **February 14, 2011, by 12:00 noon**.

    DATED: January  26 , 2011

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge