**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 10-cr-00086-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GORDON TURNER,

    Defendant.

---

**ORDER EXTENDING VOLUNTARY SURRENDER DATE**

---

IT IS ORDERED that Defendant, Gordon TURNER, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the institution designated by the Bureau of Prisons within 15 days of the date of designation.

DATED at Denver, Colorado, this __14th__ day of February, 2011.

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge