IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00086-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GORDON TURNER,

    Defendant.

**ORDER**

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 9, 2014,

    **IT IS ORDERED** that Defendant Gordon Turner is sentenced to **time served**.

    Dated: December 9, 2014

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                ROBERT E. BLACKBURN,
                                UNITED STATES DISTRICT JUDGE